UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAFAEL A. JONES, SR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:14-CV-304-RWS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's submission of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition will be summarily dismissed.

Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts provides that a district court shall summarily dismiss a § 2254 petition if it plainly appears that the petitioner is not entitled to relief.

In the instant petition, petitioner attempts to challenge three State of Missouri convictions: State v. Jones, 07SL-CR03429-01 (21st Jud. Cir.); State v. Jones, 07SL-CR06638 (21st Jud. Cir.); and State v. Jones, 0822-CR07366 (22nd Jud. Cir.).

Petitioner has previously brought challenges to each of these convictions in this Court. See Jones v. Norman, 4:12-CV-617-AGF (E.D. Mo.); Jones v. Norman, 4:12-

CV-569-CDP (E.D. Mo.); Jones v. Prudden, 4:11-CV-1310-LMB (E.D. Mo.); Jones v. Moriorty, 4:10-CV-495-LMB (E.D. Mo.).

The petition is duplicative and successive. As a result, petitioner may not proceed without authorization from the Eighth Circuit Court of Appeals, which he does not have. See 28 U.S.C. § 2244(b). The Court will therefore dismiss the petition without further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus is **DISMISSED**.

**IT IS FURTHER ORDERED** that petitioner's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 3rd day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE